# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO ZAYAS-SALAZAR,<br><br>Defendant. | Case No.: 22-CR-838-RBM<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Information (Dkt. No. 20) is hereby GRANTED. The Information (Dkt. No. 13) is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 4/26/2022

HON. RUTH BERMUDEZ MONTENEGRO
United States District Judge