## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>       vs.<br><br>Fernando Zayas-Salazar,<br><br>                             Defendant. | Case No. 22CR0838-RBM<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

    Count 1 - 21:952, 960 – Importation of Methamphetamine (Felony)
    Count 2 - 21:952, 960 – Importation of Xanax (Felony)

Dated: 4/26/2022

*Ruth Bermudez Montenegro*
Hon. Ruth Bermudez Montenegro
United States District Judge